CHAN YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 S. Oxford Ave.
Los Angeles, California 90004
Tel. 213-688-2001
Fax. 213-315-5035
Attorneys for Plaintiff, JITRADE INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE INC., a California Corporation;<br>Plaintiff,<br>vs.<br>EN COREE USA, INC., a California Coporation; et al.<br>Defendants. | Case No. 2:18-cv-08938-MWF-PLA<br>**STIPULATION FOR DISMISSAL**<br>*Honorable Michael W. Fitzgerald* |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JITRADE INC. and Defendant EN COREE USA, INC. et al. that the above-captioned action be dismissed without prejudice.

Each party shall bear their own costs and attorney fees.

Dated: February 6, 2020 Respectfully submitted,

By: */s/ Chan Yong Jeong*
Chan Yong Jeong, Esq.

Attorneys for Plaintiff JITRADE INC.

Dated: February 6, 2020

Respectfully submitted,

By: */s/ S. Calvin Myung*
S. Calvin Myung, Esq.
Attorney for Defendant
EN COREE USA, INC.

I hereby attest that all signatories listed above, on whose behalf this notice is being submitted, concur in the filing's content and have authorized the filing.

Dated: February 6, 2020

Respectfully submitted,

By: */s/ Chan Yong Jeong*
Chan Yong Jeong, Esq.

Attorneys for Plaintiff JITRADE INC.