CHAN YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 S. Oxford Ave.
Los Angeles, California 90004
Tel. 213-688-2001
Fax. 213-315-5035

Attorneys for Plaintiff, JITRADE INC.

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE INC., a California Corporation;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EN COREE USA, INC., a California Coporation; et al.<br><br>　　　　Defendants. | Case No. 2:18-cv-08938-MWF-PLA<br><br>[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL<br><br>*Honorable Michael W. Fitzgerald* |

HAVING REVIEWED THE STIPULATION FILED by and between Plaintiff JITRADE INC. and Defendant EN COREE USA, INC. et al., the Court hereby orders that the above-captioned action be dismissed without prejudice.

Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: February 7, 2020

By: _____
*Honorable Michael W. Fitzgerald*

U.S. DISTRICT COURT JUDGE

1

[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL